# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131808-10

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re Estate of MARGARET LANGLAND,
Deceased.

_____

MARION BROWN, JOHN MARTIN, THERESA
HUGHES, and ELIZABETH MAZELL,
            Petitioners-Appellants,

v

MICHAEL MARTIN, MARIO PARLETTA,
THOMAS P. NORRIS, and CAROL A. MORRIS,
Successor Personal Representative and Successor
Trustee of the Estate of MARGARET
LANGLAND, Deceased,
            Respondents-Appellees.

_____

SC: 131808
COA: 255287
Wayne PC: 02-653718-TV

In re Estate of MARGARET LANGLAND,
Deceased.

_____

CAROL A. MORRIS, Successor Personal
Representative and Successor Trustee of the Estate
of MARGARET LANGLAND, Deceased,
            Petitioner-Appellee,

v

STEVEN G. COHEN, MARION BROWN, JOHN
MARTIN, THERESA HUGHES, and
ELIZABETH MAZELL,
            Respondents-Appellants.

SC: 131809
COA: 256134
Wayne PC: 02-653718-TV

———————————————————————————

In re Estate of MARGARET LANGLAND,
Deceased.

———————————————————————————

CAROL A. MORRIS, Successor Personal
Representative and Successor Trustee of the Estate
of MARGARET LANGLAND, Deceased, E.
MICHAEL MORRIS, ROBERT LITT, MARCIA
ROSS, and MORRIS & MORRIS, P.C.,
           Petitioners-Appellees,

v

                                                      SC: 131810
                                                      COA: 258476
                                                      Wayne PC: 02-653718-TV

MARION BROWN, JOHN MARTIN,
ELIZABETH MAZELL, and STEVEN G.
COHEN, d/b/a COHEN & ASSOCIATES, P.C.,
           Respondents-Appellants.

———————————————————————————/

      On order of the Court, the application for leave to appeal the June 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006                                        

s1120                                                           Clerk